IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 16-74 |
| v. | 29 U.S.C. § 501(c) |
| DANIEL P. TERNITSKY, JR. | |

FILED
APR - 5 2016
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

### INDICTMENT

#### COUNT ONE

The grand jury charges that:

During the period from on or about August 12, 2013, and continuing to on or about December 20, 2013, in the Western District of Pennsylvania, the defendant, DANIEL P. TERNITSKY, JR., while the Financial Secretary of the United Mine Workers of America, Local 285, AFL-CIO, a labor organization engaged in an industry affecting interstate commerce within the meaning of Sections 402(i) and (j) of Title 29, United States Code, did embezzle, steal and unlawfully and willfully abstract and convert to his own use approximately $10,680.05 of the monies, funds, property and assets of the labor organization, that is the defendant, DANIEL P. TERNITSKY, JR., issued and cashed, or caused to be issued and cashed, checks drawn on the labor organization's checking account and made payable to himself for unauthorized expenses.

In violation of Title 29, United States Code, Section 501(c).

A True Bill,

_____
FOREPERSON

_____
DAVID J. HICKTON
United States Attorney
PA ID No. 34524